IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SARAH REHFELDT, on behalf of Plaintiff and the class members described below, <br><br> Plaintiff, <br><br> vs. <br><br> BLUECHIP FINANCIAL, doing business as SPOTLOAN; and DOES 1-20, <br><br> Defendants. | Case No.: 1:23-c... <br><br> Judge Sarah Eva... <br> Magistrate Judg... |

**STIPULATION TO DISMISS**

Now come the Parties Plaintiff Sarah Rehfeldt ("Plaintiff") and Defendant BlueChip Financial doing business as Spotloan ("Defendant") by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate to the dismissal of Plaintiff's individual claims against Defendant with prejudice and without costs. Plaintiff's class claims are dismissed without prejudice and without costs. Plaintiff's claims against Defendants John Does 1-20 are dismissed without prejudice and without costs.

Respectfully submitted,

s/ Heather Kolbus
Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200

s/ Anne E. Becker (w/ consent)
Anne E. Becker
Lewis Kappes, P.C.
One American Square, Ste. 2500
Indianapolis, IN 46282
(317) 639-1210

---

**Acknowledged:**

Plaintiff's individual claims against Defendant are dismissed with prejudice and without costs. Plaintiff's class claims are dismissed without prejudice and without costs. Plaintiff's claims against Defendants John Does 1-20 are dismissed without prejudice and without costs.

Date: 3/19/2024

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana